## Commonwealth *v.* Osley, Appellant.

Submitted December 12, 1969. *Bernard L. Segal,* and *Needleman, Needleman, Segal & Tabb,* for appellant; *James D. Crawford,* Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of sentence is reversed and a new trial is granted, in the interest of justice, the district attorney being in agreement.